# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-00315-01-CR-W-DW |
| ) | |
| MINDY M. HOUCK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 35). To date, neither party has filed objections to the Report and Recommendation. After a review of the Forensic Evaluation of Dr. Tiffany K. Brown and the applicable law, the Court adopts Judge Maughmer's Report and Recommendation and finds that Defendant Mindy M. Houck is not presently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or from assisting properly in her defense. Accordingly, the Court concludes that Defendant is mentally competent to stand trial. The Report and Recommendation (Doc. 35) shall be attached to and made a part of this Order.

SO ORDERED.

Date: November 3, 2014    _____/s/ Dean Whipple_____
                                                    Dean Whipple
                                           United States District Judge