UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

UNITED STATES OF AMERICA  Case No: 13-00315-01-CR-W-SRB
vs.  Date: July 9, 2015
MINDY M. HOUCK

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Charles Ambrose, AUSA | Casey Symonds, AFPD |
| Time Commenced: 10:30 a.m. | Time Terminated: 10:40 a.m. |

---

X     There are no objections to the PSR.

Total Offense Level: 29 Criminal History Category: I Imprisonment Range 87 to 108. Special Assessment: $100. Supervised Release Range: 4-5 years. Fine Range 15,000 to 5,000,000. Restitution Not Applicable.

The Defendant is sentenced to Count(s) 1.

INCARCERATION:
X     The Court hereby orders the defendant to serve the following term of incarceration with the FBP. 50 months.
X     Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
X     The Court hereby orders the defendant to the following term of Supervised Release. 4 Years.

SPECIAL CONDITIONS OF SUPERVISED RELEASE:
X     The following special conditions of Supervised Release are:
See J&C for special conditions of supervised release.

FINE:
X     Fine Waived.

RESTITUTION:
X     Not Applicable.

SPECIAL ASSESSMENT:
X     The Court imposes the following Special Assessment: $100.

X     Defendant be designated to Greenville, IL and defendant be designated for participation in the 500 hour intensive substance abuse treatment program.

X     The Court advises the Defendant she has the right to appeal.

Court Reporter: Gayle Wambolt     Tracy Diefenbach, Courtroom Deputy