UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| MINDY M. HOUCK | ) Case No. 13-00315-01-CR-W-SRB ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of January 12, 2017, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Mindy M. Houck:

**The defendant will reside in and satisfactorily participate in a residential reentry center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 120 days.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 12th day of January, 2017.